DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRIQUE ST. VALLE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1178
_____

September 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Mary M. Handsel, Judge.

PER CURIAM.

　　Affirmed.

VILLANTI, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.